```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JENNIFER DROLLETTE,

                        Plaintiff,             8:13-CV-0280
                                               (GTS/CFH)
v.

CAROLYN COLVIN, Comm'r of Soc. Sec.,

                        Defendant.
_____

APPEARANCES:                                   OF COUNSEL:

SCHNEIDER & PALCSIK                            MARK A. SCHNEIDER, ESQ.
  Counsel for Plaintiff
57 Court Street
Plattsburgh, NY 12901

SOCIAL SECURITY ADMINISTRATION                 AMANDA J. LOCKSHIN, ESQ.
OFFICE OF REG'L GEN. COUNSEL–REGION II         ROBERT R. SCHRIVER, ESQ.
  Counsel for Defendant
26 Federal Plaza, Room 3904
New York, New York 10278

GLENN T. SUDDABY, United States District Judge
```

## DECISION and ORDER

The above-captioned matter comes to this Court following a Report-Recommendation by United States Magistrate Judge Christian F. Hummel, filed on June 5, 2014, recommending that (1) Plaintiff's motion for judgment on the pleadings be granted, (2) the Commissioner's decision denying disability insurance benefits and supplemental social security income be vacated, and (3) the case be remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. No. 17.) Objections to the Report-Recommendation have not been filed and the time in which to do so has expired. (*See generally* Docket Sheet.) After carefully reviewing all of the papers herein, including Magistrate Judge Hummel's thorough Report-

Recommendation, the Court can find no clear error in the Report-Recommendation. As a result, the Report-Recommendation is accepted and adopted in its entirety; Plaintiff's motion for judgment on the pleadings is granted; the Commissioner's decision denying disability insurance benefits and supplemental social security income is vacated; and the case is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), in accordance with the Report-Recommendation.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Hummel' Report-Recommendation (Dkt. No. 17) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's motion for judgment on the pleadings (Dkt. No. 12) is **GRANTED**; and it is further

**ORDERED** that the Commissioner's decision denying disability insurance benefits and supplemental social security income is **VACATED**; and it is further

**ORDERED** that this matter is **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), in accordance with the Report-Recommendation.

Dated: June 23, 2014
      Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge