# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Jennifer Drollette**
   Plaintiff
 vs.         CASE NUMBER: 8:13-CV-280 (GTS/CFH)

**Carolyn W. Colvin, Commissioner of Social Security**
   Defendant

**Decision by Court.** This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendations of Magistrate Judge Christian F. Hummel are ACCEPTED and ADOPTED in its entirety, Plaintiff's motion for judgment on the pleadings is GRANTED, the Commissioner's decision denying disability insurance benefits and supplemental social security income is VACATED, and the Complaint as to Jennifer Drollette is REMANDED to the Commissioner for further proceedings pursuant to sentence four of 42 USC section 405(g), in accordance with the Report and Recommendation.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 23rd day of June, 2014.

DATED: June 24, 2014

*[signature]*
Clerk of Court

s/ Joanne Bleskoski
_____
Deputy Clerk